# United States District Court
# Central District of California

| | |
|---|---|
| SHAHRASHOUB MOSHIRI,<br><br>            Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICAL; et al.,<br><br>            Defendants. | Case No. 2:14-cv-09691-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 16), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **Monday, April 13, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 16, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**